UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANSELMO SOLORIO,<br><br>       Plaintiff,<br><br>   vs.<br><br>JUDGE JOHNSON, et al.,<br><br>       Defendants. | 1:15-cv-00657-GSA-PC<br><br>ORDER DIRECTING THE CLERK'S OFFICE TO ADMINISTRATIVELY REDESIGNATE CASE AND SEND NOTICE OF NEW CASE NUMBER<br>(Doc. 1.) |

   This civil rights action was filed on April 29, 2015, by Anselmo Solorio ("Plaintiff"), an inmate who is proceeding pro se. The action was designated a 550 Prisoner Civil Rights case at case opening. Upon further review by the Court, it has been determined that the present action should have been designated a regular civil case. Therefore, the Clerk of the Court is DIRECTED to:

   1.   Administratively change the designation of the present case to reflect that of a regular civil case; and
   2.   Send a notice of the new case number to all parties in this action.

IT IS SO ORDERED.

   Dated:   **May 16, 2015**            **/s/ Gary S. Austin**
                              UNITED STATES MAGISTRATE JUDGE