**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANSELMO SOLORIO, <br><br> Plaintiff, <br><br> v. <br><br> GARY JOHNSON, *et al.*, <br><br> Defendants. | **1:15-cv-00657-LJO-GSA** <br><br> **ORDER DIRECTING PLAINTIFF TO COMPLETE HIS APPLICATION TO PROCEED IN FORMA PAUPERIS** |

On April 29, 2015, Plaintiff Anselmo Solorio ("Plaintiff") filed a Complaint. (ECF No. 1.) On that same date, Plaintiff filed an application to proceed *in forma pauperis* ("IFP") in lieu of paying the filing fee to commence a removal action in this Court. (ECF No. 2).

A civil action may proceed despite a failure to prepay the entire filing fee only if the party initiating the action is granted leave to proceed IFP pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). In applying to proceed IFP, a plaintiff must submit an affidavit that "state[s] the facts as to [the] affiant's poverty with some particularity, definiteness and certainty." *Jefferson v. United* States, 277 F.2d 723, 725 (9th Cir. 1960) ("The right to proceed in forma paupers is not an unqualified one. It is a privilege, rather than a right"); *United States v. Shadley*, No. 2:09-MC-80 WBS GGH, 2010 WL 2509910, at *1

1

(E.D. Cal. June 17, 2010) (denying request to proceed IFP where applicant "failed to adequately document her financial status"). Under 28 U.S.C. § 1915, as amended by the Prison Litigation Reform Act ("PLRA"), a prisoner seeking leave to proceed IFP must also submit a "certified copy of the trust fund account statement (or institutional equivalent) for ... the six-month period immediately preceding the filing of the complaint." 28 U.S.C. § 1915(a)(2); *Andrews v. King*, 398 F.3d 1113, 1119 (9th Cir. 2005).

Plaintiff's application to proceed IFP is incomplete. Plaintiff has submitted only a single page of the IFP application and has failed to submit a certified copy of his trust account statement as required by 28 U.S.C. § 1915(a)(2).  Accordingly, no later than June 12, 2015, Plaintiff must file a fully completed application with the required information or submit the required filing fee for his Complaint. **Plaintiff is advised that failure to comply with the Court's order may result in the denial of his application or dismissal of his case.**

IT IS SO ORDERED.

Dated:   **May 22, 2015**                             **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE