# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

ANSELMO SOLORIO,

Plaintiff,

v.

JUDGE JOHNSON, *et al.*,

Defendants.

Case No. 15-657 LJO-GSA

**ORDER DIRECTING THE CLERK OF THE COURT TO SEAL DOCUMENTS**

A review of the docket in this case reveals that documents filed by Plaintiff on July 14, 2015 contains a confidential police report from the Visalia Police Department. (Doc. 10, pgs. 53-54), Therefore, the Clerk of the Court is directed to seal Doc. 10, pgs. 53-54.

IT IS SO ORDERED.

Dated: **August 4, 2015**           /s/ Gary S. Austin
                          UNITED STATES MAGISTRATE JUDGE