# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANSELMO SOLORIO, | 15-cv-657 DAD-EPG |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| JUDGE JOHNSON *et al*., | |
| Defendants. | |

Plaintiff, Anselmo Solorio ("Plaintiff") appearing *pro se* and *informa pauperis*, filed two complaints in this action. (Docs. 1 and 17). On January 15, 2016, the Court screened Plaintiff's complaints and the complaints were dismissed with leave to amend. (Doc. 20). Plaintiff was instructed to file any amended complaint no later than **February 26, 2016.**

To date, no amended complaint has been filed. Accordingly, no later than **April 29, 2016**, Plaintiff shall file a written response to this Order to Show Cause indicating whether he will pursue this action, or in the alternative, he shall file an amended complaint consistent with the instructions outlined in this Court's screening order. (Doc. 20).

**Plaintiff is cautioned that failure to respond to this Order to Show Cause as outlined above will result in dismissal of this action without further notice for failure to prosecute and for failure to follow a court order.** If Plaintiff no longer wishes to pursue this action, he

1

shall file a notice of voluntary dismissal in lieu of responding to this Order to Show Cause.

IT IS SO ORDERED.

Dated: **March 30, 2016**  /s/ Errin P. Gros
UNITED STATES MAGISTRATE JUDGE